UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE NATHANIEL GLYNN,

      Plaintiff,

   -against-

EVERY MALE UNIFORMED NEW YORK
CITY POLICE DEPARTMENT OFFICER;
JESSICA TISCH,

      Defendants.

26-CV-3231 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. On April 24, 2026, the Court dismissed this action as frivolous and noted that Plaintiff had filed more than a dozen actions *in forma pauperis* in a one-week period, several of which had already been dismissed as frivolous at the time of the Court's April 24, 2026 order. The Court directed Plaintiff to show cause, within thirty days by declaration, why he should not be barred, effective as of April 24, 2026, from filing actions *in forma pauperis* in this Court without prior permission. Plaintiff filed a declaration on April 30, 2026 (ECF 6), but his arguments against imposing the bar order are insufficient to demonstrate that he should not be barred. Accordingly, the bar order will issue.

### CONCLUSION

The Court hereby bars Plaintiff from filing civil actions *in forma pauperis* in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any future motion seeking leave to file an action *in forma pauperis*. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an *in forma pauperis* action without filing a motion for leave to file, the action will be dismissed without prejudice for failure to comply with this order.

The Clerk of Court is directed to enter judgment dismissing this action and terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    April 30, 2026
         New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        Chief United States District Judge

2