UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JERMAINE NATHANIEL GLYNN,<br><br>                    Plaintiff,<br><br>      -against-<br><br>EVERY MALE UNIFORMED NEW YORK<br>CITY POLICE DEPARTMENT OFFICER;<br>JESSICA TISCH.,<br><br>                    Defendants. | 26 CIVIL 003231 (LTS)<br><br>CIVIL JUDGMENT |

       For the reasons stated in the May 1, 2026, bar order, the Court hereby bars Plaintiff from filing civil actions in forma pauperis in this court without first obtaining from the court leave to file. See 28 U.S.C. § 1651. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   May 6, 2026
           New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                         Chief United States District Judge